# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Teresa Tolento, | No. CV-18-02355-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Nissan Motor Acceptance Corporation, *et al.*, | |
| Defendants. | |

Upon review of the parties' Voluntary Dismissal, With Prejudice (Doc. 17), which the Court will construe as a Stipulation of Dismissal,

IT IS ORDERED granting the Voluntary Dismissal, With Prejudice (Doc. 17). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending hearings and motions (Doc. 16) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 24th day of September, 2018.

Honorable John J. Tuchi
United States District Judge